# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

---

CITIMORTGAGE, INC.,

    Plaintiff,

Case No. 2:09-cv-12881
Hon. Sean F. Cox

v.

ANDREA CRAYTON, *et al*.,

    Defendants.

---

| | |
|---|---|
| Kaveh Kashef (P64443) | UNITED STATES OF AMERICA |
| Matthew R. Rechtien (P71271) | Matthew Von Schuch |
| Clark Hill PLC | Trial Attorney, Tax Division |
| Attorneys for Plaintiff | U.S. Department of Justice |
| 151 S. Old Woodward Avenue, Suite 200 | P.O. Box 55 |
| Birmingham, MI 48009 | Ben Franklin Station |
| (248) 642-9692 | Washington, D.C. 20044 |
| Attorneys for Plaintiff | (202) 307-6565 |

---

## **JUDGMENT**

This matter having come before the Court on Plaintiff's Application for Entry of Partial Default Judgment against Defendants Andrea Crayton ("Crayton") and Mercy Dee Westbrook, a/k/a Mercy Dee Link ("Westbrook"), due notice having been given and the Court being advised,

**IT IS HEREBY ORDERED** that Plaintiff's Application for Entry of Partial Default Judgment is granted;

**IT IS FURTHER ORDERED** that the interests, if any, of Westbrook and/or Crayton in the Property, which is more particularly described as:

> Lot 260 And 262, of Palmer Woods Subdivision, according to the
> Plat thereof, as recorded in Liber 32, Page(s) 16, Wayne County
> Records.
> Tax IDs: 02-004666, 02-004578

are, to the extent they ever existed, forever extinguished, cutoff, released, voided and declared

null, void and of no effect; and

   **IT IS FURTHER ORDERED** that, Citi hold a priority money mortgage on the

Property, subject only to the interests of the United States, if any, that are of superior priority, the

existence, amount and priority of which interests, if any, remain in dispute in this action.

   IT IS SO ORDERED.

               S/Sean F. Cox
               Sean F. Cox
               United States District Judge

Dated:  March 19, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 19, 2010, by electronic and/or ordinary mail.

               S/Jennifer Hernandez
               Case Manager